## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2179 Disciplinary Docket No. 3 |
| | : | |
| JAMES FRANCIS DONOHUE | : | No. 112 DB 2013 |
| | : | |
| | : | Attorney Registration No. 56692 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Butler County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2020, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).